**Order entered August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00697-CV

### ROCKY V. EMERY, Appellant

### V.

### HILLTOP SECURITIES, INC., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03103**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Stoddart

This is an accelerated appeal from the trial court's May 21, 2018 order denying appellant's motion to compel arbitration. Appellant asserted in his motion to compel that arbitration is required by the rules of the Financial Industry Regulatory Authority (FINRA).

By motion filed August 1, 2018, appellant seeks an immediate stay of the trial court proceedings. He also seeks to supplement the appellate record and extend the deadline for filing his brief. Appellant explains the trial court held a hearing July 30, 2018 on appellee's application for temporary injunction. At that hearing, appellant tendered a document "that contains the mandatory arbitration provision that, along with FINRA Rule 13200, requires [a]ppellant's dispute with [a]ppellee to be resolved through binding FINRA arbitration."

Appellant seeks to supplement the record with that document as well as with the reporter's record of the hearing. He seeks the extension to allow an opportunity for the record to be supplemented and the record incorporated into the brief. Appellee opposes the request for supplementation, noting the document was not offered at the hearing on the motion to compel arbitration and arguing it cannot properly be considered in the appeal. Appellee also opposes the request for stay. Since the filing of the motion and response, a supplemental reporter's record containing the document has been filed. We **ORDER** as follows.

We **GRANT** the request for stay and **STAY** all further proceedings in the trial court, including discovery, pending resolution of the appeal or further order of this Court.

We **DENY** the request to supplement the record and **STRIKE** the supplemental reporter's record filed August 3, 2018. As appellee notes, the document appellant seeks to include in the supplemental record was not before the trial court when it considered the motion to compel.

We **GRANT** the extension request to the extent we **ORDER** the brief be filed no later than August 16, 2018.


/s/    DAVID EVANS
        JUSTICE